Judge Pechman

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, et al.,<br><br>                  Plaintiffs,<br><br>   v.<br><br>UNITED STATES DEPARTMENT OF EDUCATION, et al.,<br><br>                  Defendants. | CASE NO.  2:25-cv-1507-MJP<br><br>**DEFENDANTS' OPPOSITION TO MOTION TO INTERVENE** |

Pro se plaintiff John Worthington moves to intervene pursuant to Federal Rules of Civil Procedure 24(a)(2) and 24(b)(1)(B). *See* ECF No. 11. Mr. Worthington seeks to intervene as a defendant to "defend the federal funding cuts" at issue in this litigation. *Id*. at 2.

Defendants respectfully submit that Mr. Worthington's presence in this suit is neither necessary nor appropriate. Among other reasons, the United States intends to vigorously defend the agency action at issue in this lawsuit and can thus adequately represent any interest Mr. Worthington may have in whether or not the State of Washington receives the federal funding it seeks in this litigation. *See id*. at 8 (stating that Mr. Worthington "shares a common goal with the United States to curb fraudulent and wasteful grant spending"). Accordingly, the Court should deny the intervention motion. *See, e.g.*, *Freedom from Religion Foundation, Inc. v. Geithner*, 644 F.3d 836, 841 (9th Cir.

DEFENDANTS' OPPOSITION TO MOTION TO INTERVENE - 1
Case No. 2:25-CV-1507-MJP

U.S. DEPARTMENT OF JUSTICE
FEDERAL PROGRAMS BRANCH
1100 L ST. NW
Washington, DC 20005
(202)-616-8098

2011) ("Where the party and the proposed intervenor share the same 'ultimate objective,' a presumption of adequacy of representation applies."); *U.S. ex rel. Richards v. De Leon Guerrero*, 4 F.3d 749, 756 (9th Cir. 1993) (denying permissive intervention where existing parties adequately represented interests of proposed intevenor).

DATED: August 29, 2025                    Respectfully submitted,

                                            BRETT A. SHUMATE
                                            Assistant Attorney General

                                            JOSEPH E. BORSON
                                            Assistant Branch Director

                                            */s/ R. Charlie Merritt*
                                            R. CHARLIE MERRITT
                                            Senior Counsel
                                            U.S. Department of Justice
                                            Civil Division, Federal Programs Branch
                                            1100 L St. NW
                                            Washington, DC 20005
                                            Phone: (202) 616-8098
                                            E-mail: robert.c.merritt@usdoj.gov

                                            *Attorneys for Defendants*

DEFENDANTS' OPPOSITION TO MOTION TO INTERVENE - 2
Case No. 2:25-CV-1507-MJP

U.S. DEPARTMENT OF JUSTICE
FEDERAL PROGRAMS BRANCH
1100 L ST. NW
Washington, DC 20005
(202)-616-8098

**CERTIFICATE OF SERVICE**

I certify that on August 29, 2025, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all registered CM/ECF participants.

I further certify that on August 29, 2025, I will ensure that the foregoing document is mailed to the following non-CM/ECF participant, address as follows:

John Worthington
303 S. 5th Ave G-53
Sequim, WA 98382

  /s / R. Charlie Merritt
  R. CHARLIE MERRITT

DEFENDANTS' OPPOSITION TO MOTION TO INTERVENE - 1
Case No. 2:25-CV-1507-MJP

U.S. DEPARTMENT OF JUSTICE
FEDERAL PROGRAMS BRANCH
1100 L ST. NW
Washington, DC 20005
(202)-616-8098