District Judge Marsha J. Pechman

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>UNITED STATES DEPARTMENT OF COMMERCE, et al.,<br><br>　　　　　　Defendants. | CASE NO. 2:25-cv-1507-MJP<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PRELIMINARY INJUNCTION MOTION |

The Court, having reviewed Defendants' Consent Motion for Extension of Time to Respond to Plaintiff's Preliminary Injunction Motion, hereby enters the following order:

IT IS HEREBY ORDERED that the Motion is GRANTED. Defendants shall have until September 12, 2025 to file their response to Plaintiff's motion for preliminary injunction (ECF No. 6).

Dated this 9th day of September, 2025.

*[signature]*

MARSHA J. PECHMAN
United States Senior District Judge

Order Granting Extension Motion
Case No. 2:25-CV-1507-MJP

U.S. DEPARTMENT OF JUSTICE
FEDERAL PROGRAMS BRANCH
1100 L ST. NW
Washington, DC 20005
(202)-616-8098

PRESENTED BY:

*/s/ R. Charlie Merritt*
R. CHARLIE MERRITT, VA Bar NO. 89400
Senior Counsel

Order Granting Extension Motion
Case No. 2:25-CV-1507-MJP

U.S. DEPARTMENT OF JUSTICE
FEDERAL PROGRAMS BRANCH
1100 L ST. NW
Washington, DC 20005
(202)-616-8098