District Judge Marsha J. Pechman

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>                    Plaintiff,<br><br>         v.<br><br>UNITED STATES DEPARTMENT OF COMMERCE, et al.,<br><br>                    Defendants. | CASE NO.  2:25-cv-1507-MJP<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

The Court, having reviewed Defendants' Consent Motion for Extension of Time to Respond to Plaintiff's Complaint, hereby enters the following order:

IT IS HEREBY ORDERED that the Motion is GRANTED.  Defendants shall have until November 10, 2025 to file their response to Plaintiff's complaint.

Dated this 1st day of October, 2025.

*[signature]*

MARSHA J. PECHMAN
United States Senior District Judge

Order Granting Extension Motion
Case No. 2:25-CV-1507-MJP

U.S. DEPARTMENT OF JUSTICE
FEDERAL PROGRAMS BRANCH
1100 L ST. NW
Washington, DC 20005
(202)-616-8098

PRESENTED BY:

*/s/ R. Charlie Merritt*
R. CHARLIE MERRITT, VA Bar NO. 89400
Senior Counsel

Order Granting Extension Motion
Case No. 2:25-CV-1507-MJP

U.S. DEPARTMENT OF JUSTICE
FEDERAL PROGRAMS BRANCH
1100 L ST. NW
Washington, DC 20005
(202)-616-8098