UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>Plaintiff,<br>vs.<br><br>U.S. DEPARTMENT OF COMMERCE; HOWARD LUTNICK in his official capacity as Secretary of Commerce; NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION; and LAURA GRIMM in her official capacity as Acting Administrator of NOAA,<br><br>Defendants,<br><br>JOHN WORTHINGTON, Intervenor Applicant,<br><br>Defendant. | No. 2:25-cv-1507<br><br>SUPPLEMENTAL DECLARATION IN SUPPORT OF OPPOSITION TO PRELIMINARY INJUNCTION |

FILED
LODGED
RECEIVED    MAIL

SEP 29 2025

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                    DEPUTY

### DECLARATION OF JOHN WORTHINGTON

I, John Worthington, declare under penalty of perjury in accordance with 28 U.S.C. § 1746 the following: that the foregoing is true and correct.

1. I am over the age of 18, competent to testify, and I have personal knowledge of the facts stated herein.

2. On September 19, 2025, the U.S. Department of Commerce Office of Inspector General, in response to the documents I filed in this case, informed me that they considered my allegations and ordering a complete investigation by Economic Development Administration. The U.S. Attorney has not made those arguments, but Worthington has. (Exhibit 1)

1

1  
2     I, John Worthington, declare under penalty of perjury I in accordance with 28 U.S.C.
3  §1746 the following: that the aforementioned is true and correct.
4
5             By:  */s/ John Worthington*
6             ----------------------------------------
              JOHN WORTHINGTON
7             303 S. 5TH AVE G-53
              SEQUIM WA.98382
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

## CERTIFICATE OF SERVICE

The undersigned certifies, under penalty of perjury under the laws of the State of Washington, that on the 25TH day of September, 2025, I [ X ] e-mailed a true and correct copy of this document to counsel of record. DATED

Respectfully submitted this 25TH day of September 2025.

By: _/s/ John Worthington_

------------------------------------
JOHN WORTHINGTON
303 S. 5TH AVE G-53
SEQUIM WA.98382

# Exhibit 1

3

 Outlook

## Fw: 25-1290-H Complainant Notification

From john worthington <worthingtonjw2u@hotmail.com>
Date Wed 9/24/2025 3:00 PM
To robert.c.merritt@usdoj.gov <robert.c.merritt@usdoj.gov>

Hello,

As you can see DOC has decided to investigate my claims against the NODC and SERN.

As a result, DOC can withhold funds pursuant to the arguments I have made in the case.

Are you willing to explain this to the court or shall I file a supplemental declaration in support of my motions.
Thanks

John Worthington

**From:** Compliance and Ethics <ComplianceandEthics@oig.doc.gov>
**Sent:** Friday, September 19, 2025 5:14 AM
**To:** john worthington <worthingtonjw2u@hotmail.com>
**Subject:** 25-1290-H Complainant Notification

The Department of Commerce (DOC) Office of Inspector General (OIG) has received your correspondence and reviewed the information you provided. We have assigned complaint number 25-1290-H.

After careful consideration, we decided to refer your allegations(s) to management officials at the U.S. Economic Development Administration. We have requested that they conduct a thorough and independent inquiry and provide a response to us, including a detailed explanation of their review process and any corrective action, if any, they take as a result. Upon receipt of their response, we will review it and may seek additional information if necessary. We will notify you when the case is closed.

If you have any new or additional information to add to your complaint, please contact the Hotline at (800) 424-5197 and reference the report number assigned when you initiated the complaint. Please note the Hotline cannot provide any further information on the status of your complaint.

Thank you.

Compliance and Ethics Staff
Office of Inspector General

Envelope:

Return address:
J. WORTHINGTON
303 S. 5TH AVE G-53
SEQUIM WA. 98382

Addressed to:
U.S. DISTRICT COURT WESTERN DISTRICT
OF WASHINGTON SEATTLE
700 STEWART ST, STE 2310
SEATTLE WA, 98101

Received stamp: SEP 29 2025, CLERK US DISTRICT COURT, WESTERN DISTRICT OF WASHINGTON AT SEATTLE