UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>Plaintiff(s),<br><br>v.<br><br>UNITED STATES DEPARTMENT OF COMMERCE et al.,<br><br>Defendant(s). | CASE NO. 2:25−cv−01507−TL<br><br>MINUTE ORDER REASSIGNING CASE |

This action has been assigned to the Honorable Tana Lin, United States District Judge. All future documents filed in this case must bear the cause number 2:25−cv−01507−TL and bear the Judge's name in the upper right hand corner of the document.

DATED October 22, 2025

                                        Ravi Subramanian
                                        Clerk of Court

                                        By: /s/ Grant Cogswell
                                               Deputy Clerk