District Judge Tana Lin

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, | CASE NO. 2:25-cv-1507-TL |
| Plaintiff, | NOTICE OF APPEAL OF PRELIMINARY INJUNCTION |
| v. | |
| UNITED STATES DEPARTMENT OF COMMERCE, et al., | |
| Defendants. | |

PLEASE TAKE NOTICE that Defendants hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Court's October 22, 2025 Order Granting Plaintiff's Motion for Preliminary Injunction (ECF No. 33).

DATED: October 30, 2025                  Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

JOSEPH E. BORSON
Assistant Branch Director

*/s/ R. Charlie Merritt*
R. CHARLIE MERRITT

NOTICE OF APPEAL OF PRELIMINARY INJUNCTION
Case No. 2:25-CV-1507-TL

U.S. DEPARTMENT OF JUSTICE
FEDERAL PROGRAMS BRANCH
1100 L St. NW
Washington, DC 20005
(202)-616-8098

Senior Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Phone: (202) 616-8098
E-mail: robert.c.merritt@usdoj.gov

*Attorneys for Defendants*

NOTICE OF APPEAL OF PRELIMINARY INJUNCTION
Case No. 2:25-CV-1507-TL

U.S. DEPARTMENT OF JUSTICE
FEDERAL PROGRAMS BRANCH
1100 L ST. NW
Washington, DC 20005
(202)-616-8098