District Judge Tana Lin

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>     Plaintiff,<br><br> v.<br><br>UNITED STATES DEPARTMENT OF COMMERCE, et al.,<br><br>     Defendants. | CASE NO. 2:25-cv-1507-TL<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO WITHDRAW STAY PENDING LITIGATION DEADLINES DUE TO LAPSE IN APPROPRIATIONS** |

  The Court, having reviewed Defendants' Motion to Withdraw Stay Pending Litigation Deadlines Due to Lapse in Appropriations, hereby enters the following order:

  IT IS HEREBY ORDERED that the Motion is GRANTED. Defendants' September 30, 2025 Motion to Stay Pending Litigation Deadlines Due to Lapse in Appropriations ("Stay Motion"), ECF No. 37 is WITHDRAWN pending further Order of the Court.

Dated this 20th day of November, 2025.

*/s/ Tana Lin*
TANA LIN
UNITED STATES DISTRICT JUDGE

Order Granting Motion to Withdraw Stay Motion
Case No. 2:25-CV-1507-TL

U.S. DEPARTMENT OF JUSTICE
FEDERAL PROGRAMS BRANCH
1100 L ST. NW
Washington, DC 20005
(202)-616-8098