The Honorable Tana Lin

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF COMMERCE, et al.,<br><br>Defendants. | NO. 2:25-cv-1507-TL<br><br>ORDER GRANTING STIPULATED MOTION TO EXTEND AND SET DEADLINES<br><br>[~~PROPOSED~~]<br><br>NOTE ON MOTION CALENDAR:<br><br>NOVEMBER 26, 2025 |

The Court, having fully considered the parties' Stipulated Motion to Extend and Set Deadlines, hereby ORDERS that the Motion is GRANTED.

Defendants' deadline to file the administrative record is January 16, 2026.

Defendants' deadline to respond to Plaintiff's Complaint shall be extended until after the Ninth Circuit issues a decision on the pending appeal of this Court's October 22, 2025, preliminary injunction order, Dkt. 33, in *State of Washington v. United States Department of Commerce, et al.*, Case No. 25-6881. After the Ninth Circuit issues its decision, the parties will confer and within 30 days shall submit to the Court a proposed deadline for Defendants' responsive pleading.

The parties' deadlines to meet and confer meet under Fed. R. Civ. P. 26(f), to file initial disclosures under Fed. R. Civ. P. 26(a)(1), and to file a combined joint status report and discovery

ORDER GRANTING STIPULATED MOTION TO EXTEND AND SET DEADLINES [~~PROPOSED~~]
NO. 2:25-cv-1507-TL

1

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744

plan under Fed. R. Civ. P. 26(f), to the extent discovery is necessary, shall be extended until after the Court has resolved any motion to dismiss.

DATED this 26th day November, 2025

_____
THE HONORABLE TANA LIN
UNITED STATES DISTRICT COURT JUDGE

Presented by:

**NICHOLAS W. BROWN**
Attorney General for the State of Washington

*/s/ Caitlin M. Soden*
CAITLIN M. SODEN, WSBA # 55457
LEAH A. BROWN, WSBA # 45803
ELLEN RANGE, WSBA #51334
Assistant Attorneys General
800 Fifth Avenue, Suite 2000
Seattle, Washington 98104
(206) 464-7744
caitlin.soden@atg.wa.gov
leah.brown@atg.wa.gov
ellen.range@atg.wa.gov
*Attorneys for the State of Washington*

ORDER GRANTING STIPULATED MOTION TO EXTEND AND SET DEADLINES [PROPOSED]
NO. 2:25-cv-1507-TL

2

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744