The Honorable Tana Lin

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| STATE OF WASHINGTON, | NO. 2:25-cv-1507-TL |
| Plaintiff, | NOTICE OF VOLUNTARY DISMISSAL |
| v. | |
| U.S. DEPARTMENT OF COMMERCE, et al., | |
| Defendants. | |

Pursuant to Fed. R. of Civ. P. 41(a)(1)(A)(i), Plaintiff State of Washington hereby voluntarily dismisses the above captioned action without prejudice.

DATED this 20th day of January, 2026.

**NICHOLAS W. BROWN**
Attorney General for the State of Washington

*/s/ Caitlin M. Soden*
CAITLIN M. SODEN, WSBA # 55457
LEAH A. BROWN, WSBA # 45803
ELLEN RANGE, WSBA #51334
Assistant Attorneys General
800 Fifth Avenue, Suite 2000
Seattle, Washington 98104
(206) 464-7744
caitlin.soden@atg.wa.gov
leah.brown@atg.wa.gov
ellen.range@atg.wa.gov

*Attorneys for the State of Washington*

NOTICE OF VOLUNTARY DISMISSAL
NO. 2:25-cv-1507-TL

1

ATTORNEY GENERAL OF WASHINGTON
Environmental Protection Division
800 Fifth Avenue STE 2000
Seattle, WA 98104
206-464-7744